UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

**Case No.** CV 20-245-MWF (PJWx)        **Date:** August 18, 2020
**Title:** Laurie K. Engel v. Farmers Group, Inc. et al.

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**      ORDER DISMISSING ACTION

On July 28, 2020, the Court granted Defendant Willis Tower Watson US, LLC's Motion to Dismiss Plaintiff's First Amended Complaint with leave to amend (the "Order"). (Docket No. 46). In the Order, the Court permitted Plaintiff to file a Second Amended Complaint ("SAC") on or before August 10, 2020. (*Id*. at 14). The Court warned Plaintiff that "[f]ailure to file a SAC will be deemed Plaintiff's election to rest on the allegations of the FAC." (*Id*.).

As of this date, Plaintiff has not filed a SAC. Accordingly, this action is **DISMISSED** *with prejudice*.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

IT IS SO ORDERED.