Susan L. Meter – State Bar No. 236133
 E-mail: smeter@kantorlaw.net
Elizabeth Hopkins – State Bar No. 324431
 E-mail: ehopkins@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile:  (818) 350-6272

Katherine L. MacKinnon (*pro hac vice*)
 Email: kate@katemackinnon.com
Nicolet Y. Lyon (*pro hac vice*)
 Email: nicolet@katemackinnon.com
LAW OFFICE OF KATHERINE L. MACKINNON P.L.L.C.
2356 University Avenue W., Suite 230
St. Paul, MN 55114
Telephone: (952) 915-9215
Facsimile:  (952) 915-9217

Attorneys for Plaintiff,
LAURIE K. ENGEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE K. ENGEL,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS GROUP, INC., PLAN ADMINISTRATOR FOR THE FARMERS GROUP, INC. EMPLOYEES' PENSION PLAN and WILLIS NORTH AMERICA INC. dba WILLIS TOWERS WATSON,<br><br>Defendants. | CASE NO.: 2:20-cv-00245-MWF (PJWx)<br><br>**NOTICE OF SETTLEMENT**<br><br><br><br><br><br><br><br>Complaint Filed: January 9, 2020 |

NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a settlement on this matter. The parties anticipate completing settlement documents, and filing a dismissal with the Court, within the next thirty (30) days. The parties request that the Court retain jurisdiction of this case during said thirty (30) day period.

Dated: September 22, 2020
By: */s/ Katherine L. MacKinnon*
Katherine L. MacKinnon (MN ID 170926)
Nicolet Y. Lyon (MN ID #0391954)
LAW OFFICE OF KATHERINE L. MACKINNON P.L.L.C.
2356 University Ave. W., Suite #230
St. Paul, MN 55114
952-915-9215
***Admitted Pro Hac Vice***

And

Sue Meter and Liz Hopkins
Kantor & Kantor, LLP

Attorneys for Plaintiff,
LAURIE K. ENGEL