Susan L. Meter – State Bar No. 236133
  E-mail: smeter@kantorlaw.net
Elizabeth Hopkins – State Bar No. 324431
  E-mail: ehopkins@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile:  (818) 350-6272

Katherine L. MacKinnon (*pro hac vice*)
  Email: kate@katemackinnon.com
Nicolet Y. Lyon (*pro hac vice*)
  Email: nicolet@katemackinnon.com
LAW OFFICE OF KATHERINE L. MACKINNON P.L.L.C.
2356 University Avenue W., Suite 230
St. Paul, MN 55114
Telephone: (952) 915-9215
Facsimile:  (952) 915-9217

Attorneys for Plaintiff,
LAURIE K. ENGEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE K. ENGEL,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS GROUP, INC., PLAN ADMINISTRATOR FOR THE FARMERS GROUP, INC. EMPLOYEES' PENSION PLAN and WILLIS NORTH AMERICA INC. dba WILLIS TOWERS WATSON,<br><br>Defendants. | CASE NO.: 2:20-cv-00245-MWF (PJWx)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br><br><br><br><br>Complaint Filed: January 9, 2020 |

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, that the above-entitled matter shall be and hereby is dismissed with prejudice.

Each party shall bear their own fees and costs.

Dated: November 6, 2020     KANTOR & KANTOR, LLP

By: */s/ Susan L. Meter*
Susan L. Meter (CA ID 236133)
Elizabeth Hopkins (CA ID 324431)
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525

And

Katherine L. MacKinnon (MN ID 170926)
Nicolet Y. Lyon (MN ID 0391954)
LAW OFFICE OF KATHERINE L. MACKINNON P.L.L.C.
*Admitted Pro Hac Vice*

Attorneys for Plaintiff,
LAURIE K. ENGEL

1
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

| | | |
|---|---|---|
| Dated: November 6, 2020 | | CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZOMET, LLP |
| | By: | /s/ David J. Shinder |
| | | Marc J. Zimet |
| | | David J. Shinder |
| | | CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZOMET, LLP |
| | | 800 Wilshire Blvd., 15th Floor |
| | | Los Angeles, CA 90007 |
| | | Telephone: (213) 689-8500 |
| | | |
| | | Attorneys for Defendants FARMERS GROUP, INC. and PLAN ADMINISTRATOR FOR THE FARMERS GROUP, INC. EMPLOYEES' PENSION PLAN |
| Dated: November 6, 2020 | | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | By: | /s/ Andrew I. Shadoff |
| | | Susan Allison |
| | | Andrew I. Shadoff |
| | | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | | 1900 Avenue of the Stars, 7th Floor |
| | | Los Angeles, California 90067-4308 |
| | | Telephone: (310) 203-8080 |
| | | |
| | | Attorneys for Defendant WILLIS TOWERS WATSON US LLC |

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525