JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE K. ENGEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FARMERS GROUP, INC., PLAN ADMINISTRATOR FOR THE FARMERS GROUP, INC. EMPLOYEES' PENSION PLAN and WILLIS NORTH AMERICA INC. dba WILLIS TOWERS WATSON,<br><br>　　　　Defendants. | CASE NO.: 2:20-cv-00245-MWF (PJWx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br><br>Complaint Filed: January 9, 2020 |

Pursuant to the stipulation of the Parties, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its or her own fees and costs.

DATED: November 9, 2020

_____
Hon. Michael W. Fitzgerald
U.S. District Court Judge